+

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID BENNETT, | No.  2:25-CV-2103-TLN-DMC |
| Petitioner, | ORDER |
| v. | |
| JEFF REISIG, et al., | |
| Respondents. | |

Petitioner David Bennett ("Petitioner"), a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  Pending before the Court are Petitioner's motion for reconsideration (ECF No. 11) and Petitioner's supplemental complaint and motion for preliminary injunction (ECF No. 14).  The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On November 10, 2025, the Magistrate Judge filed findings and recommendations herein and which contained notice that the parties may file objections within the time specified therein. (ECF No. 15.)  Petitioner filed timely objections to the findings and recommendations.  (ECF No. 16.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper

1

analysis.

Accordingly, it is HEREBY ORDERED:

1.      The findings and recommendations (ECF No. 15) are ADOPTED IN FULL;

2.      Petitioner's motion for reconsideration (ECF No. 11) is DENIED as MOOT;

3.      Petitioner's motion for preliminary injunction (ECF No. 14) is DENIED; and

4.      Petitioner shall have 30 days from the date of this order to file an amended petition.

Date: January 23, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

2