UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DAVID BENNETT,

             Petitioner,

    v.

JEFF REISIG, et al.,

             Respondents.

No.  2:25-CV-2103-TLN-DMC

**ORDER**

David Bennett, a prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On March 31, 2026, the magistrate judge filed findings and recommendations herein which were served on the parties, and which contained notice that the parties may file objections within fourteen days.  (ECF No. 21.)  No objections to the findings and recommendations were filed.

The Court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo.  *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the

1

magistrate judge are reviewed de novo by both the district court and [the appellate] court[.]"). The Court has reviewed the file and finds the findings and recommendations to be supported by the record and the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED:

1.  The findings and recommendations filed March 31, 2026 (ECF No. 21) are adopted in full.

2.  This action is dismissed without prejudice for lack of prosecution and failure to comply with court rules and orders.[1]

3.  All pending motions (ECF Nos. 17, 18, and 19) are denied as moot.

4.  The Clerk of the Court is directed to enter judgment and close this case.

IT IS SO ORDERED.

Date: May 5, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

---

[1]   A certificate of appealability is not required for an appeal from the denial of a petition for writ of habeas corpus brought pursuant to 28 U.S.C. § 2241.  *See* 28 U.S.C. § 2253; *Harrison v. Ollison*, 519 F.3d 952 (9th Cir. 2008).

2