# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**DAVID BENNETT ,**

               v.

**JEFF REISIG ,**

**JUDGMENT IN A CIVIL CASE**

CASE NO: **2:25–CV–02103–TLN–DMC**

---

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

    **IT IS ORDERED AND ADJUDGED THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 5/6/2026 .**

ENTERED:  **May 6, 2026**         /s/  **Keith Holland**

                                 Clerk of Court